# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDRES RAMIREZ-GODINA,<br><br>    Defendant. | Case No. 2:09-CR-00083-KJD-RJJ<br><br>**ORDER** |

On September 9, 2013 the Court dismissed without prejudice Defendant Adres Ramirez-Godina's Motion to Vacate under 28 U.S.C. § 2255 (#49), instructing him to file "full and specific" factual bases for his claims (#50). The Court granted him thirty days to respond. Those thirty days have now elapsed without Defendant making any further filings with the Court. Further, under the Local Rules of Special Proceedings and Appeals, Defendant is required to "file with the Court written notification of any change of address. . .. Failure to comply with the Rule may result in dismissal of the action with prejudice." LSR 2-2. The Court's most recent correspondence with Defendant has been returned marked "RETURN TO SENDER" "NOT DELIVERABLE AS ADDRESSED" and "UNABLE TO FORWARD" (#51). Accordingly, Defendant's Motion (#49) is **HEREBY DISMISSED** with prejudice.

DATED this 10th day of October 2013.

_____
Kent J. Dawson
United States District Judge